_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

**Entered on Docket**
**July 05, 2013**

_____

Gregory L. Wilde, Esq.
Nevada Bar No. 004417
TIFFANY & BOSCO, P.A.
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
Attorney for Secured Creditor

The Bank of New York Mellon FKA The Bank of New York, as trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2006-HYB3, Mortgage Pass-Through Certificates, Series 2006-HYB3
12-78430

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Chapter 7 |
| **Angela Theresa Gleich** | Bk Case No.: 11-19760-bam |
| | Date:  June 18, 2013<br>Time: 1:30 p.m. |
| Debtor. | |

**ORDER DENYING TRUSTEE'S MOTION TO SELL FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO SURCHARGE PROCEEDS OF SALE – REAL PROPERTY [3240 SANTOLINA DR., LAS VEGAS, NV 89135]**

The Trustee's Motion to Sell Free and Clear of Liens and Encumbrances and to Surcharge Proceeds of Sale – Real Property [3240 Santolina Dr., Las Vegas, NV 89135] (Docket #22) having been heard on June 18, 2013, with the parties appearing as detailed on the record,

and the Court having entertained oral argument, rules as follows;

The Trustee's Motion to Sell Free and Clear of Liens and Encumbrances and to Surcharge Proceeds of Sale – Real Property [3240 Santolina Dr., Las Vegas, NV 89135] is hereby denied.

There are other findings of fact and conclusions of law more fully detailed on the record which are incorporated herein pursuant to Federal Rule of Bankruptcy Procedure 7052.

**IT IS SO ORDERED.**

Submitted by:
TIFFANY & BOSCO, P.A.

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**Agreed as to Format and Content**

By: TRUSTEE FAILED TO RESPOND
David A. Rosenberg
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or          ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

__X__ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or          __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor