# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: GLEICH, ANGELA THERESA | § | Case No. 11-19760 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 21, 2011. The undersigned trustee was appointed on June 21, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        3,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 937.99 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 2,542.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/10/2012 and the deadline for filing governmental claims was 12/18/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.00, for a total compensation of $875.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $583.09, for total expenses of $583.09.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/04/2014        By: /s/David A. Rosenberg, Trustee
                            Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19760  
**Case Name:** GLEICH, ANGELA THERESA  

**Period Ending:** 02/04/14

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 06/21/11 (f)  
**§341(a) Meeting Date:** 07/22/11  
**Claims Bar Date:** 05/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 3240 SANTOLINA DRIVE, Las Vegas NV 891<br>   Order authorizing employment of real estate agent for estate entered 03/08/2013 [Doc 21]<br>Motion to sell filed 04/16/2013 [Doc 28]<br>Opposition filed 04/26/2013 [Doc 36]<br>Trustees reply to opposition entered 05/15/2013 [Doc 38]<br>Order denying sale entered 7/05/2013 [Doc 41] | 351,000.00 | 0.00 | | 3,500.00 | FA |
| 2 | AMERICA FIRST CREDIT UNION SAVINGS ACCT#7438<br>No value to estate | 0.01 | 0.00 | | 0.00 | FA |
| 3 | WELLS FARGO CHECKING ACCT#8727<br>No value to estate | 68.83 | 0.00 | | 0.00 | FA |
| 4 | WELLS FARGO SAVINGS ACCT#1197<br>No value to estate | 6.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS<br>No value to estate | 4,500.00 | 0.00 | | 0.00 | FA |
| 6 | 6 KENNEDY HALF-DOLLARS (OLDEST IS FROM 1971), $1<br>No value to estate | 13.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL<br>No value to estate | 500.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY -18 KARAT GOLD CHAIN, WEDDING RING, FATH<br>No value to estate | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | ANGIE GLEICH LLC 100% MEMBERSHIP INTEREST<br>No value to estate | 1.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 INCOME TAX REFUND 100%FMV<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2010 EARNED INCOME CREDIT 100%FMV<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2006 LEXUS RX 330 87,000 MILES | 17,375.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-19760　　　　　　　　　　　　　**Trustee:**　　(480023)　　David A. Rosenberg, Trustee
**Case Name:**　　GLEICH, ANGELA THERESA　　　　　**Filed (f) or Converted (c):**　06/21/11 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　　07/22/11
**Period Ending:** 02/04/14　　　　　　　　　　　　　**Claims Bar Date:**　　　　　05/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | No value to estate |  |  |  |  |  |
| 13 | American Express Preference.  (u) | 5,000.00 | 5,000.00 |  | 0.00 | FA |
| **13** | **Assets**　**Totals** (Excluding unknown values) | **$380,963.84** | **$5,000.00** |  | **$3,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**　　July 22, 2013　　　　**Current Projected Date Of Final Report (TFR):**　　February 4, 2014  (Actual)

Printed: 02/04/2014 02:25 PM　　V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-19760
**Case Name:** GLEICH, ANGELA THERESA

**Taxpayer ID #:** **-***2235
**Period Ending:** 02/04/14

**Trustee:** David A. Rosenberg, Trustee (480023)
**Bank Name:** Rabobank, N.A.
**Account:** ****109866 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/13 | {1} | Argo NV LLC | Proceeds from sale of real property - subject to liens | 1110-000 | 3,500.00 | | 3,500.00 |
| 12/30/13 | 101 | BOB DIAMOND | Claim allowed per Court Order entered 12/6/13 [Doc 52] | 3520-000 | | 934.79 | 2,565.21 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,555.21 |
| 01/06/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 01/06/2014 FOR CASE #11-19760 | 2300-000 | | 3.20 | 2,552.01 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,542.01 |
| | | | **ACCOUNT TOTALS** | | 3,500.00 | 957.99 | **$2,542.01** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,500.00 | 957.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.00** | **$957.99** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****109866** | 3,500.00 | 957.99 | 2,542.01 |
| | $3,500.00 | $957.99 | $2,542.01 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2012

**Case Number:** 11-19760  
**Debtor Name:** GLEICH, ANGELA THERESA

Page: 1

**Date:** February 4, 2014  
**Time:** 02:26:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $583.09 | $0.00 | 583.09 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $875.00 | $0.00 | 875.00 |
| BD 200 | BOB DIAMOND<br>2298 W. HORIZON RIDGE PKWY, SUITE 114<br>HENDERSON, NV 89052 | Admin Ch. 7 | Claim allowed per Court Order entered 12/6/13 [Doc 52] | $934.79 | $934.79 | 0.00 |
| BOND 200 | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $3.20 | $3.20 | 0.00 |
| 1 610 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $20,090.57 | $0.00 | 20,090.57 |
| 2 610 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Unsecured | | $6,532.74 | $0.00 | 6,532.74 |
| 3 610 | WORLD FINANCIAL NETWORK NATIONAL BANK<br>QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | | $300.16 | $0.00 | 300.16 |
| 4 610 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $8,158.07 | $0.00 | 8,158.07 |
| 5 610 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $12,321.20 | $0.00 | 12,321.20 |
| 6 610 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $509.98 | $0.00 | 509.98 |
| 7 610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $1,591.44 | $0.00 | 1,591.44 |
| 8 610 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124 | Unsecured | | $3,723.30 | $0.00 | 3,723.30 |
| 9 610 | AMERICA FIRST CREDIT UNION<br>ACCT NO 7438<br>PO BOX 9199<br>OGDEN, UT 84409 | Unsecured | | $11,458.43 | $0.00 | 11,458.43 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2012

**Case Number:** 11-19760  
**Debtor Name:** GLEICH, ANGELA THERESA

Page: 2

**Date:** February 4, 2014  
**Time:** 02:26:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | TALBOTS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Unsecured | | $1,038.63 | $0.00 | 1,038.63 |
| << Totals >> | | | | 68,120.60 | 937.99 | 67,182.61 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-19760
Case Name: GLEICH, ANGELA THERESA
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:** $ 2,542.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,542.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 875.00 | 0.00 | 875.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 583.09 | 0.00 | 583.09 |
| Other Expenses: BOB DIAMOND | 934.79 | 934.79 | 0.00 |
| Other Expenses: International Sureties, LTD. | 3.20 | 3.20 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 1,458.09
Remaining balance: $ 1,083.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,083.92

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 1,083.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,724.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CANDICA L.L.C. | 20,090.57 | 0.00 | 331.33 |
| 2 | FIA CARD SERVICES, N.A. | 6,532.74 | 0.00 | 107.74 |
| 3 | WORLD FINANCIAL NETWORK NATIONAL BANK | 300.16 | 0.00 | 4.95 |
| 4 | CHASE BANK USA, N.A. | 8,158.07 | 0.00 | 134.54 |
| 5 | CHASE BANK USA, N.A. | 12,321.20 | 0.00 | 203.20 |
| 6 | CHASE BANK USA, N.A. | 509.98 | 0.00 | 8.41 |
| 7 | AMERICAN EXPRESS BANK FSB | 1,591.44 | 0.00 | 26.25 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA | 3,723.30 | 0.00 | 61.40 |
| 9 | AMERICA FIRST CREDIT UNION | 11,458.43 | 0.00 | 188.97 |
| 10 | TALBOTS | 1,038.63 | 0.00 | 17.13 |

|  |  | Total to be paid for timely general unsecured claims: | $ | 1,083.92 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**